# JS-6

## THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca, | Case No. 2:14-cv-02879-PA-JEM |
| Plaintiff, | |
| vs. | **Order re: Joint Stipulation for Dismissal** |
| Big Lots Stores, Inc. dba Big Lots #1910, | |
| Defendant. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Michael Rocca and defendant Big Lots Stores, Inc.,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: October 2, 2014

_____
United States District Judge